# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **DELENE STERN,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil No. 08-213-P-S |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 20) filed March 23, 2009, the Recommended Decision is **AFFIRMED.**

Accordingly, it is **ORDERED** that the decision of the commissioner is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Recommended Decision.

     /s/ George Z. Singal
     United States District Judge

Dated this 13th day of April, 2009.