# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **DELENE STERN,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.   08-213-P-S |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **of Social Security,** ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 26) filed August 27, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Plaintiff's Application for Attorney Fees and Expenses (Docket No. 23) is **GRANTED** in the amount of $3,637.94 ($4,074.38 requested minus $385.31 ($171.25 times 2.25 hours) minus $27.38 minus $23.75).

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 18th day of December, 2009.