## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **DELENE STERN,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.  08-213-P-S |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **of Social Security,** ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 33) filed November 29, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Plaintiff's first Supplemental Application for Attorney Fees (Docket No. 27) is **GRANTED** in the amount of $697.00 and that her Second Supplemental Application for Fees (Docket No. 30) is **GRANTED** in the amount of $901.00, for a total of $1,598.00.

                                               /s/ George Z. Singal     
                                               United States District Judge

Dated this 18th day of December, 2009.